ACCEPTED
03-16-00038-CV
12068203
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/9/2016 12:23:06 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00038-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/9/2016 12:23:06 PM
JEFFREY D. KYLE
Clerk

CITY OF AUSTIN,
Apellant,

v.

TRAVIS CENTRAL APPRAISAL DISTRICT; INDIVIDUALS WHO OWN C1
(VACANT LAND) OR F1 (COMMERCIAL REAL) PROPERTY WITHIN
TRAVIS COUNTY, TEXAS and THE STATE OF TEXAS,
Appellees.

ON APPEAL FROM THE 126TH DISTRICT COURT
TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-15-003492

### APPELLEES TEXAS ASSOCIATION OF REALTORS, LOWE'S HOME CENTERS, LLC, AND H E DRISKILL, LLC'S NOTICE OF INTENT TO APPEAR FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Daniel R. Smith intends to argue the case on behalf of Appellees Texas Association of Realtors, Lowe's Home Centers, LLC, and H E Driskill, LLC at the hearing scheduled for September 28, 2016 at 1:30 PM.

Respectfully Submitted,

POPP HUTCHESON PLLC
1301 S. Mopac, Suite 430
Austin, Texas 78746
(512) 473-2661 - Telephone
(512) 479-8013 – Facsimile

_____
JAMES E. POPP
State Bar No. 16139280
Jim.Popp@property-tax.com
MARK S. HUTCHESON
State Bar No.  00796805
Mark.Hutcheson@property-tax.com
DANIEL R. SMITH
State Bar No. 24013525
Daniel.Smith@property-tax.com

ATTORNEYS FOR APPELLEES
TEXAS ASSOCIATION OF REALTORS,
LOWE'S HOME CENTERS, LLC, AND
H E DRISKILL, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing instrument has been served, on this the 9th day of August, 2016 to the following:

## Via E-Service

| | |
|---|---|
| Andralee Cain Lloyd<br>Michael Siegel<br>City of Austin – Law Department<br>andralee.lloyd@austintxas.gov<br>michael.siegel@austintexas.gov<br>*Attorneys for Appellant The City of Austin* | Cynthia A. Morales<br>Attorney General's Office<br>Financial Litigation and Charitable Trusts Division<br>cynthia.morales@texasattorneygeneral.gov<br>*Attorney for Appellee State of Texas* |
| G. Todd Stewart<br>Tammy White-Chaffer<br>Deborah S. Cartwright<br>OLSON & OLSON, LLP<br>tstewart@olsonllp.com<br>tchaffer@olsonllp.com<br>dcartwright@olsonllp.com<br>*Attorneys for Appellee Travis County Appraisal District* | Lorri Michel<br>Raymond Gray<br>Shane Rogers<br>MICHEL GRAY LLP<br>lorri@michelgray.com<br>raymond@michelgray.com<br>shane@michelgray.com<br>*Attorneys for Homeowners Intervenors and Defendant Junkyard Dogs* |
| Bill Aleshire<br>Aleshire Law, PC<br>bill@aleshirelaw.com<br>*Attorneys for Appellee/Cross-Appellant Junk Yard Dogs* | Thomas Michel<br>Griffith, Jay & Michel, LLP<br>thomasm@lawgjm.com |



DANIEL R. SMITH